IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| **LINDA TICKLE,** | ) | |
| *Plaintiff,* | ) | |
| | ) | CASE NO. 6:12-CV-00068 |
| v. | ) | |
| | ) | **ORDER** |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of** | ) | |
| **Social Security,** | ) | |
| *Defendant.* | ) | |

This matter is before the Court on the parties' Cross Motions for Summary Judgment (docket nos. 14 and 16), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 20, hereinafter "R&R"). Pursuant to Standing Order 2011 – 17 and 28 U.S.C. § 636(b)(1)(B), the Court referred this matter to the Magistrate Judge for proposed findings of fact and a recommended disposition. The Magistrate Judge filed his R&R, advising this Court to deny Plaintiff's Motion for Summary Judgment and grant the Commissioner's Motion for Summary Judgment. After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. The Report of November 20, 2013 (docket no. 20) is hereby **ADOPTED** in its entirety;

2. Plaintiff's Motion for Summary Judgment (docket no. 14) is hereby **DENIED**;

3. Defendant's Motion for Summary Judgment (docket no. 16) is hereby **GRANTED**;

[1]

4. Plaintiff's Motion for Default Judgment (docket no. 4) and Defendant's Motion for Extension of Time to File an Answer (docket no. 7) are hereby **DENIED AS MOOT**; and

5. This case is hereby **DISMISSED**.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

Entered this 10th day of December, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE